```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA

            CASE NO. 16-61788-CIV-ZLOCH
```

WILLIAM NORLDUND,

       Plaintiff,

                                  **FINAL ORDER OF DISMISSAL**

vs.

ALOHA POOL SERVICES, INC.
MICHAEL A. FOLZ and PAMELA FOLZ,

       Defendants.

_____/

    THIS MATTER is before the Court upon the Joint Motion To Approve Settlement And Dismiss With Prejudice (DE 6) filed herein by all Parties. The Court has carefully reviewed said Motion, the Parties' Settlement Agreement (DE 6-1), and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Motion To Approve Settlement And Dismiss With Prejudice (DE 6) filed herein by all Parties, be and the same is hereby **GRANTED**;

    2. Pursuant to <u>Lynn's Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982), the Parties' Settlement Agreement (DE 6-1) be and the same is hereby approved, adopted and ratified by the Court;

    3. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this **2nd** day of September, 2016.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record